# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:05-CV-1054 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **JOHN LOPEZ and TAMMY LOPEZ,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 30th day of May, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 13) to confirm the March 21, 2006 United States Marshal sale of the foreclosed real property, located at 202 Long Avenue, Orwigsburg, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to SARAH FINNERTY, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of JOHN LOPEZ and TAMMY LOPEZ in and to the premises sold, located at 202 Long Avenue, Orwigsburg, Pennsylvania, 17961. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge