# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:05-CV-1054 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **JOHN LOPEZ and TAMMY LOPEZ,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 29th day of June, 2006, upon consideration of plaintiff's motion for disbursement of funds (Doc. 15) from the sale of real property located at 202 Long Avenue, Orwigsburg, Pennsylvania, and of the order of court dated May 30, 2006 (Doc. 14), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 15) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 15).

　　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　United States District Judge